UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No:  2:13–cv–08812–MMM–JCG　　　　　Date:  1/2/2014
Title:  N.S.A. ET AL V. COUNTY OF LOS ANGELES ET AL

Present: The Honorable  Margaret M. Morrow , U. S. District Judge

Deputy Clerk:  Anel Huerta
Court Reporter/Recorder:  Not Reported

　　　Attorneys Present for Plaintiff(s):　　　Attorneys Present for Defendant(s):
　　　　　　　Not Present　　　　　　　　　　　　　Not Present

**Proceedings:　(IN CHAMBERS)  ORDER REGARDING FILING OF AMENDED COMPLAINT**

　　　The parties are directed to manually file an amended complaint incorporation all claims of all plaintiffs in the CV 13–8812 AND CV 13–5507 cases on or before 01/21/2014, the deadline for filing motions or stipulations seeking to amend pleadings to add new parties, new claims or new defenses.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 : 00
　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer:  ah